IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

RICHARD WILLIAM SANCRUZADO, individually and on behalf of all others similarly situated,,

Plaintiff,

CASE NO.

vs.

LUV CAR WASH GROUP, LLC,

Defendant

_______________________________________/

**NOTICE OF REMOVAL**

Defendant, LUV CAR WASH GROUP, LLC, by and through its undersigned counsel, pursuant to the provisions of 28 U.S.C. §§ 1331, 1441 and 1446, removes the above-captioned action from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, to this Court, and states:

1. Plaintiff commenced this action by filing a putative class action complaint in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.

2. Defendant was served with the Summons and Complaint on March 23rd, 2026, less than thirty (30) days from the date of this filing. Accordingly, this notice of removal is timely filed pursuant to 28 U.S.C. § 1446.

3. The Complaint asserts claims under the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA), and related implementing regulations, including 47 C.F.R. § 64.1200.

4. Plaintiff seeks, among other relief, statutory damages and injunctive relief based on alleged telemarketing text messages and alleged failures to honor opt-out requests and do-not-call requirements.

5. In accordance with 28 U.S.C. § 1446(a), true and correct copies of all process and pleadings filed in the State Court Action are attached hereto as **Composite Exhibit A.**

6. This case is properly removable pursuant to 28 U.S.C. § 1441 because federal question jurisdiction is present. Section 1441 provides, in pertinent part:

> (a) Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending. For purposes of removal under this chapter, the citizenship of defendants sued under fictitious names shall be disregarded.
>
> (b) Any civil action of which the district courts have original jurisdiction founded on a claim or right arising under the Constitution, treaties or laws of the United States shall be removable without regard to the citizenship or residence of the parties. Any other such action shall be removable only if none of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought.

7. This action is a civil action and is one over which this Court has original subject matter jurisdiction under 28 U.S.C. §1331, and is an action that can be removed to this District Court pursuant to 28 U.S.C. §1441, as a result of Plaintiff alleging a violation of the TCPA.

8. Nothing in this notice of removal shall be interpreted as a waiver or relinquishment of any of Defendant's rights to assert any defense or affirmative matter.

9. Contemporaneously with the filing of this notice of removal, Defendant is filing a copy of same with the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida. Written notice of this filing of this notice of removal has also been served upon the Plaintiff.

WHEREFORE, LUV CAR WASH GROUP, LLC, respectfully requests this Court to remove the Complaint now pending against it in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, pursuant to the provisions of 28 U.S.C. § 1441 and 28 U.S.C. § 1446.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 17, 2026, the foregoing was filed via Florida Court's E-Portal Filing System, which will serve an electronic copy upon all counsel of record, including the following:

**The Law Offices of Jibrael S. Hindi**
Zane C. Hedaya, Esq.
Florida Bar No.: 1048640
E-mail: zane@jibraellaw.com
1515 NE 26th Street
Wilton Manors, FL 33305
812-340-8838

**Your Damage Lawyer, PLLC**
Chad J. Robinson
Florida Bar No.: 56922
382 NE 191st PMB 99460
Miami, Florida 33179
chad@chadrobinson.com
786-519-2423
*Attorneys for Plaintiff*

HINSHAW & CULBERTSON LLP

*/s/ Siobhan E.P. Grant*
**Siobhan E.P. Grant, Esquire**
Florida Bar No. 68892
sgrant@hinshawlaw.com
lleon@hinshawlaw.com
**James T. Ferrara, Esquire**
Florida Bar No. 764825
jferrara@hinshawlaw.com
mislacalleiro@hinshawlaw.com
201 East las Olas Blvd., Suite 1450
Fort Lauderdale, Florida 33301
Telephone: 954-467-7900
Facsimile: 954-467-1024
***Attorneys For Defendant, Luv Car Wash Group, LLC***